UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNILOC USA INC, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>LG ELECTRONICS USA INC, et al.,<br><br>　　　　Defendants. | Case No. 18-CV-06738-LHK<br><br>**AMENDED JUDGMENT** |

This judgment supersedes ECF No. 108, which has been vacated.

On April 9, 2019, the Court granted Defendant's motion to dismiss. ECF No. 109. The Court ruled that the claims of U.S. Patent No. 6,993,049 are invalid under 35 U.S.C. § 101. Accordingly, the Clerk shall enter judgment in favor of Defendant. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 9, 2019

　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge